IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, as subrogee of Thomas and Sanna Skelton,<br><br>        Plaintiff,<br><br>vs.<br><br>AGCO CORPORATION, CALIX AB, and HOVEN EQUIPMENT COMPANY,<br><br>        Defendants. | Case No. CV-23-04-GF-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO TEMPORARILY SUSPEND DUTIES OF LOCAL COUNSEL** |

_____

Plaintiff, Ohio Security Insurance Company, as subrogee of Thomas and Sanna Skelton (hereinafter "Plaintiff"), has filed an unopposed Motion to Temporarily Suspend Duties of Local Counsel due to a scheduling conflict.

**IT IS SO ORDERED:** Local counsel for the Plaintiff is not required to attend the Preliminary Pretrial Conference on April 29, 2024.

DATED this 16th day of April, 2024

_____
Brian Morris, Chief District Judge
United State District Court