# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, as subrogee of Thomas & Sanna Skelton,<br><br>　　Plaintiff,<br><br>　v.<br><br>AGCO CORPORATION, CALIX AB, and HOVEN EQUIPMENT COMPANY,<br><br>　　Defendants. | Cause No. CV-23-04-GF-BMM<br><br>**ORDER** |

　　Magistrate Judge Johnston conducted a settlement conference in this matter on April 8, 2025. The case between Plaintiff and Defendant Calix AB settled. (Doc. 74.) The Court ordered Plaintiff and Defendant Calix AB to file a joint motion to dismiss and proposed order on or before May 12, 2025. (Doc. 75.) To date, Plaintiff and Calix AB have failed to do so. Accordingly, IT IS HEREBY ORDERED that Plaintiff and Calix AB will file a joint motion to dismiss and proposed order on or before August 6, 2025 or show good cause for their failure to do so.

　　DATED this 30th day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Courts