IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, as subrogee of Thomas & Sanna Skelton,<br><br>Plaintiff,<br><br>vs.<br><br>AGCO CORPORATION, CALIX AB, and HOVEN EQUIPMENT COMPANY,<br><br>Defendants. | CV 23-4-GF-WWM<br><br>ORDER GRANTING DISMISSAL OF DEFENDANT HOVEN EQUIPMENT COMPANY |

Upon the Stipulated Motion for Order of Dismissal with Prejudice Against Defendant Hoven Equipment Company (Doc. 82), and good cause appearing:

**IT IS HEREBY ORDERED** that all claims against Defendant Hoven Equipment Company are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of Court is directed to notify the parties of the making of this Order and close the case file.

DATED this 14th day of January, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE